1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      CARLOS HENDON,                          Case No.  1:21-cv-01246-HBK

12                     Petitioner,              ORDER TRANSFERRING CASE TO THE
                                                NORTHERN DISTRICT OF CALIFORNIA
13           v.
                                                (Doc. No.  1)
14      ROBERT BURTON,

15                     Respondent.

16

17          Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28

18   U.S.C. § 2254.  (Doc. No. 1).  Petitioner is a prisoner incarcerated in San Joaquin County, which

19   is located within the jurisdiction and venue of this Court's Sacramento Division.  Petitioner

20   challenges his May 22, 1995 state sentence and conviction entered by the Superior Court of Santa

21   Clara County, which is located within the jurisdiction and venue of the San Jose Division of the

22   United States District Court for the Northern District of California.

23

24          Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the

25   petitioner was convicted or where the petitioner is incarcerated.  Therefore, both the Northern

26   District of California and the Eastern District of California have concurrent jurisdiction.  *See* 28

27   U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  However, "[f]or the

28

convenience of parties and witnesses, in the interest of justice, a district court may transfer any

civil action to any other district or division where it might have been brought."  28 U.S.C. §

1404(a).  Federal courts in California generally hear petitions for writ of habeas corpus in the

district of conviction.  *Favor v. California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL

2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D.

Cal. 1968).

     Thus, the Court finds in its discretion "and in furtherance of justice" the petition should

be transferred to the Northern District of California.  28 U.S.C. §§ 1404(a), 2241(d).  The Court

declines to rule on Petitioner's motion for evidentiary hearing and expansion of the record.  (Doc.

No. 2).

     **Accordingly,**

    1.  The Clerk shall transfer this action to the United States District Court for the Northern

District of California, San Jose Division; and

    2.  All future filings shall reference the new case number assigned and shall be filed at:

            United States District Court
            Northern District of California
            San Jose Division
            280 South 1st Street, Room 2112
            San Jose, CA 95113

Dated:     August 18, 2021   

                                             HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE